UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

_____
Robert Vozella, Personal Representative )
of the Estate of Judith Vozzella, and )
Robert Vozzella, in his individual )
Capacity )
 )
Plaintiff ) JURY TRIAL DEMANDED
 )
v. ) NO. 1:11-CV-00175-PB
 )
HCA Health Services of New Hampshire, Inc., )
d/b/a Portsmouth Regional Hospital, )
George K. Looser, II, P.A., )
Mark C. Sullivan, P.A., Coastal Cardiothoracic )
& Vascular Associates, and )
Appledore Medical Group, Inc. )
 )
Defendants )
_____)

## NOTICE OF MEDIATION

NOW COMES Defendant HCA Health Services of New Hampshire, Inc., d/b/a Portsmouth Regional Hospital ("PRH"), and hereby provides notice to the Court that the parties have scheduled a mediation in this case to take place on September 10, 2012 at the offices of Wadleigh, Starr & Peters, PLLC, 95 Market Street, Manchester, New Hampshire before Attorney William Mulvey.   All parties have agreed to participate.

The parties will advise the Court after mediation if the case has resolved.

        Respectfully submitted,

        WADLEIGH, STARR & PETERS, PLLC AND

Dated: July 19, 2012    /s/ Todd Hathaway
        **Todd J. Hathaway, #12102**

1

**Joseph G. Mattson, #19287**
95 Market Street
Manchester, NH 03105
(603) 669-4140

GIDEON, COOPER & ESSARY, PLC
**Alan S. Bean**
1100 Noel Place
200 Fourth Avenue, North
Nashville, TN  37219
(615) 254-0400

*Attorneys for Defendants HCA Health Services of New Hampshire, Inc. d/b/a Portsmouth Regional Hospital*

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that a copy of the foregoing was sent, via ECF, this day to counsel of record.

        /s/ Todd Hathaway