UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

_____
Robert Vozzella, Personal Representative )
of the Estate of Judith Vozzella, and )
Robert Vozzella, in his individual )
Capacity )
 )
Plaintiff ) JURY TRIAL DEMANDED
 )
v. ) NO. 1:11-CV-00175-PB
 )
HCA Health Services of New Hampshire, Inc., )
d/b/a Portsmouth Regional Hospital, and )
Appledore Medical Group II, Inc. d/b/a )
Coastal Cardiothoracic & Vascular Associates )
 )
Defendants )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Robert Vozzella, Personal Representative of the Estate of Judith Vozzella and Robert Vozzella, in his Individual Capacity, HCA Health Services of New Hampshire, Inc. d/b/a Portsmouth Regional Hospital, and Appledore Medical Group II, Inc. d/b/a Coastal Cardiothoracic & Vascular Associates, hereto by their respective undersigned counsel, hereby stipulation to the dismissal of all claims between them, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear its own fees and expenses. No costs, no interest.

Respectfully submitted,

ROBERT VOZZELLA, PERSONAL REPRESENTATIVE OF THE ESTATE OF JUDITH VOZZELLA AND ROBERT VOZZELLA IN HIS INDIVIDUAL CAPACITY

By his attorneys,
SHAHEEN & GORDON, PA

Dated:  September 25, 2012        */S/ Christine M. Craig*
**Christine M. Craig, #12842**
P.O. Box 977, 140 Washington Street
Dover, NH 03821
(603) 749-5000

MCTEAGUE HIGBEE

*/S/ G. William Higbee*
**G. William Higbee**
4 Union Park, P.O. Box 5000
Topsham, ME 04086

HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC. D/B/A PORTSMOUTH REGIONAL HOSPITAL
By their attorneys,

WADLEIGH, STARR & PETERS, PLLC

Dated: September 25, 2012        */S/ Todd J. Hathaway*
**Todd J. Hathaway, #12102**
95 Market Street
Manchester, NH 03105
(603) 669-4140

                                        GIDEON, COOPER & ESSARY, PLC

                                        */S/ Alan S. Bean*
                                        **Alan S. Bean**
                                        1100 Noel Place
                                        200 Fourth Avenue, North
                                        Nashville, TN 37219
                                        (615) 254-0400

                                        APPLEDORE MEDICAL GROUP, INC d/b/a
                                        COASTAL CARDIOTHORACIC &
                                        VASCULAR ASSOCIATES
                                        By their attorneys,

                                        RANSMEIER & SPELLMAN, P.C.

Dated: September 25, 2012        */S/ Lawrence Smith*
                                        **Lawrence Smith, #2376**
                                        One Capital Street
                                        P.O. Box 600
                                        Concord, NH 03302
                                        603-228-0477

                                        HALL, PRANGLE & SCHOONVELD, LLC

                                        */S/ Eric P. Schoonveld*
                                        Eric P. Schoonveld, Esquire
                                        200 South Wacker Drive, Suite 3300
                                        Chicago, IL 60606
                                        (312) 267-6320

g:\d50000\50256\pleadings\stipulation of dismissal.docx